**Fill in this information to identify the case:**

Debtor 1: Larene Kay Olson
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: District of Minnesota (State)
Case number: 19-41642

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CVF III MORTGAGE LOAN TRUST II

**Court claim no.** (if known): 1-2

**Last four digits** of any number you use to identify the debtor's account: 9569

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim 06/28/2019 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee 06/12/2019 | (11) | $300.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Larene Kay Olson | Case Number (if known) | 19-41642 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Mukta Suri**
Signature

Date    10/08/2019

Print    **Mukta Suri**
         First Name   Middle Name   Last Name

Title    Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
           Number       Street

           Dallas, Texas  75254
           City         State       ZIP Code

Contact phone    (972) 643-6600          Email    POCInquiries@BonialPC.com

---

**Official Form 410S2**      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      7768-N-0643

## CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 8, 2019 via electronic notice unless otherwise stated.

**Debtor**            *Via U.S. Mail*
Larene Kay Olson
7000 62nd Ave. N., Apt. 110
Brooklyn Park, MN 55428

**Debtors' Attorney**
Gregory J. Wald
Gregory J. Wald, Attorney at Law
3800 American Blvd West
Suite 1500
Bloomington, MN  55431

**Chapter 13 Trustee**
Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402

Respectfully Submitted,

/s/ Mukta Suri